IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-03144-KLM

KATHERINE KOPP

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

## ENTRY OF APPEARNCE OF WINSLOW R. TAYLOR, III

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Allstate Fire and Casualty Insurance Company.

DATED:  November 17, 2020

Respectfully submitted,

By: *s/ Winslow R. Taylor, III*
Kurt H. Henkel
Winslow R. Taylor, III
TUCKER HOLMES, P.C.
Quebec Centre II, Suite 300
7400 East Caley Avenue
Centennial, CO  80111-6714
Phone:  (303) 694-9300
Fax:  (303) 694-9370
E-mail: khh@tucker-holmes.com; khh@tucker-holmes.com
*Attorneys for Allstate*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 17, 2020, I electronically filed the foregoing **ENTRY OF APPEARNCE OF WINSLOW R. TAYLOR, III** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
E mail: dan@vedralaw.com
*Attorney for Plaintiff*

                                       *The duly signed original held in the file located at Tucker Holmes, P.C.*

                                       */s/ Winslow R. Taylor, III*
                                       Winslow R. Taylor, III