# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-3144-KLM

KATHERINE KOPP, an individual,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## NOTICE OF FILING

Pursuant to the Court's Scheduling Order, Plaintiff Katherine Kopp notifies the Court of filing an itemization of damages and a proposed stipulated order under Fed. R. Ev. 502(d). These documents are attached to this filing.

Dated: February 10, 2021

                                              Respectfully submitted,

                                              /s/ Daniel J. Vedra
                                              Daniel J. Vedra
                                              Vedra Law LLC
                                              1444 Blake Street
                                              Denver, CO 80202
                                              Phone: (303) 937-6540
                                              Fax: (303) 937-6547
                                              Email: dan@vedralaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date first written above the foregoing was served CM/ECF on all parties of record.

/s/ Daniel J. Vedra  
Daniel J. Vedra
