IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-03144-KLM

KATHERINE KOPP

      Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

      Defendant.

---

## DEFENDANT'S **UNOPPOSED** MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

---

The Defendant, Allstate Fire and Casualty Insurance Company, through its attorneys, Tucker Holmes, P.C., submits the following Motion for Extension of Time to Respond to Plaintiff's First Discovery Requests:

### CERTIFICATE OF CONFERRAL

Undersigned certifies and states that he has conferred with counsel for Plaintiff regarding the proposed modification. Plaintiff is **unopposed**.

### MOTION

1.    On April 30, 2021, Plaintiff served her First Discovery Requests to Defendant.

2.    Responses from Defendant are presently due June 1, 2021.

3.    Defendant is requesting, and Plaintiff does not oppose, a three-day extension of time, up to an including June 4, 2021, to respond to the Discovery Requests.

4.Pursuant to D.C.COLO.LCivR 6.1(a), the parties may agree to an extension of not more than 21 days provided the written request is filed before the expiration of the applicable time period.

5.D.C.COLO.LCivR 6.1(c) requires counsel must serve the stipulation or motion on the client. Undersigned counsel hereby certifies that a copy of this motion will be served on its client.

WHEREFORE, Defendant respectfully requests that the Court enter and Order granting this Motion, and ordering that Defendant shall have an additional three (3) days, up to and including June 4, 20201, to serve responses to Plaintiff's First Discovery Requests and for any other relief the Court may deem just and proper.

DATED:  June 1, 2021

Respectfully submitted,

By:*s/ Winslow R. Taylor, III*
Kurt H. Henkel
Winslow R. Taylor, III
TUCKER HOLMES, P.C.
Quebec Centre II, Suite 300
7400 East Caley Avenue
Centennial, CO  80111-6714
Phone:  (303) 694-9300
Fax:  (303) 694-9370
E-mail: khh@tucker-holmes.com; wrt@tucker-holmes.com
*Attorneys for Allstate*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 1, 2021, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST DISCOVERY REQUESTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
E mail: dan@vedralaw.com
*Attorney for Plaintiff*

             *The duly signed original held in the file located at Tucker Holmes, P.C.*

             /s/Winslow R. Taylor, III