IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03144-KLM

KATHERINE KOPP

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

    Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

The Defendant Allstate Fire and Casualty Company, through its attorneys, Tucker Holmes, P.C., and the Plaintiff, Katherine Kopp, through her attorneys, Vedra Law LLC, submit the following Motion to Amend Scheduling Order:

### CERTIFICATE OF CONFERRAL

Counsel for the parties have conferred regarding the amendments discussed herein. Counsel for both parties believe the requested amendments are appropriate and file this Motion jointly.

### MOTION

1.    Per the Scheduling Order [Doc. 14], the expert disclosure deadline is July 23, 2021. The rebuttal expert disclosure deadline is August 20, 2021.

2. A discovery dispute has arisen between the parties which will require resolution by the Court. The dispute has impacted the ability of the parties to obtain necessary discovery relevant to issues to be addressed by anticipated experts.

3. Instead of disclosing incomplete expert reports and possibly serving multiple supplements which may or may not comply with the current disclosure deadlines, counsel for the parties have conferred and agree that it would more efficient to amend the Scheduling Order in this case to allow for production of expert reports after resolution of the discovery dispute.

4. The parties therefore request the Scheduling Order be amended with the following deadlines:

- Disclosure of affirmative experts – August 27, 2021.
- Disclosure of rebuttal experts – September 24, 2021
- Discovery cutoff – December 3, 2021
- Dispositive motion deadline – January 7, 2022

5. The deadlines established in a scheduling order may be extended only upon a showing of good cause." *Bethel v. U.S., ex rel. Veterans Admin. Med. Ctr. of Denver, Colorado*, No. CIVA 05CV01336PSFBNB, 2007 WL 1732791, at *9 (D. Colo. June 13, 2007) (citing *Washington v. Arapahoe County Dept. of Social Services,* 197 F.R.D. 439, 440-41 (D. Colo. 2000)). "Good cause in this context 'means that scheduling deadlines cannot be met despite a party's diligent efforts[.]'" *Id.* at *9 (quoting *Colorado Visionary Academy v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000)).

6. The parties submit there is good cause to extend the deadlines. The parties have conferred extensively regarding the discovery dispute but have been unable to reach an

agreement. The requested extension is intended to allow experts to issue thorough reports as opposed to issuing reports in a piecemeal fashion based on incomplete information.

7. The requested extension will not impact trial in this matter. Trial is set to begin May 9, 2022. Nor will the requested extension impact the Trial Preparation and Jury Instruction Conference, presently set for April 15, 2022.

8. For the reasons set forth above, there is good cause for the requested amendments to the Scheduling Order pursuant to F.R.C.P. 16(b)(4).

9. Counsel will serve a copy of this Motion on their client, in accordance with D.C.COLOLCivR. 6.1(c).

DATED:  July 20, 2021

Respectfully submitted,

By:

*s/ Daniel J. Vedra*
Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
E mail: dan@vedralaw.com
*Attorney for Plaintiff*

*s/ Winslow R. Taylor*
Kurt H. Henkel
Winslow R. Taylor, III
Tucker Holmes, P.C.
Quebec Centre II, Suite 300
7400 East Caley Avenue
Centennial, CO  80111-6714
Phone:  (303) 694-9300
Fax:  (303) 694-9370
E-mail: khh@tucker-holmes.com; wrt@tucker-holmes.com
*Attorneys for Allstate*

-4-

## CERTIFICATE OF SERVICE

   I hereby certify that on July 20, 2021, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
E mail: dan@vedralaw.com
*Attorney for Plaintiff*

               *The duly signed original held in the file located at Tucker Holmes, P.C.*

               */s/ Winslow R. Taylor*
               Winslow R. Taylor