IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03144-KLM

KATHERINE KOPP, an individual,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#24] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. The affirmative expert witness disclosures deadline is extended to **August 27, 2021**. The rebuttal expert witness disclosures deadline is extended to **September 24, 2021**. The discovery cut-off is extended to **December 3, 2021**. The dispositive motion deadline is extended to **January 7, 2022**.

    Dated: August 12, 2021